# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Missfresh Limited The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis not to exceed one-third of the recovery and will advance all costs and expenses. All payments of fees and expenses shall be made only after Court review and approval. The Missfresh Limited Retention Agreement provided to the Plaintiff is incorporated by reference herein and is effective, upon execution and delivery by The Rosen Law Firm P.A.

**First Name:**         Juan
**Middle Initial:**
**Last Name:**          Chen
**Mailing Address:**    Redacted
**City:**
**State:**
**Zip Code:**
**Country:**
**Phone:**
**Email Address:**

Plaintiff certifies that:

1. Plaintiff has reviewed a complaint and authorized its filing or the filing of an amended complaint.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

**Purchases:**

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 6/25/2021 | 324 | 13 |
| Common Stock | 6/28/2021 | 1000 | 8.72 |
| Common Stock | 6/28/2021 | 1000 | 8.79 |
| Common Stock | 6/30/2021 | 1000 | 8.68 |
| Common Stock | 7/2/2021 | 1000 | 8.38 |

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 7/2/2021 | 1000 | 8.51 |
| Common Stock | 3/10/2022 | 3000 | 2.05 |
| Common Stock | 3/10/2022 | 4000 | 2 |
| Common Stock | 4/27/2022 | 9000 | 0.76 |

Sales:

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 5/2/2022 | 324 | 0.5 |
| Common Stock | 6/28/2021 | 1000 | 9.09 |
| Common Stock | 6/28/2021 | 1000 | 8.89 |
| Common Stock | 6/30/2021 | 1000 | 8.76 |
| Common Stock | 5/5/2022 | 9000 | 0.324 |
| Common Stock | 5/24/2022 | 9000 | 0.202 |

I have not sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, except if set forth below.
Not applicable

I declare and certify under penalty of perjury, under the laws of the United States   **YES**
of America, that the foregoing information is true and correct.

By Signing below and submitting this certification form electronically, I intend to   **YES**
sign and execute this certification pursuant to California Civil Code Section
1633.1, et seq. - and the Uniform Electronic Transactions Act and retain the
Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.

Date of signing: 07/10/2022 09:09:52 at Eastern Standard Time, USA

