JS 44 (Rev. 4-29-21) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JUAN CHEN, Individually and On Behalf of All Others Similarly Situated

**(b)** County of Residence of First Listed Plaintiff: People's Republic of China
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Phillip Kim, The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor, New York, NY 10016

## DEFENDANTS
Missfresh Limited, et al. [SEE ATTACHED LIST]

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

Does this action include a motion for temporary restraining order or order to show cause? Yes [ ] No [✓]

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Diversity Cases Only)
(not marked)

## IV. NATURE OF SUIT
[X] 850 Securities/Commodities/Exchange

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Sections 11, 12(a)(2) and 15 of the Securities Act, 15 U.S.C. §§77k, 77l(a)(2) and 77o
Brief description of cause: Violations of the federal securities laws

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 7/12/2022
SIGNATURE OF ATTORNEY OF RECORD: /s/Phillip Kim

# CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, __Phillip Kim__, counsel for __Juan Chen__, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☑ monetary damages sought are in excess of $150,000, exclusive of interest and costs,

☐ the complaint seeks injunctive relief,

☐ the matter is otherwise ineligible for the following reason

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

## NY-E DIVISION OF BUSINESS RULE 50.1(d)(2)

1.) Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?   ☐ Yes   ☑ No

2.) If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?   ☐ Yes   ☑ No

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?   ☑ Yes   ☐ No

c) If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received: _____.

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?   ☐ Yes   ☐ No
*(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).*

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
☑ Yes   ☐ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
☐ Yes   (If yes, please explain   ☑ No

I certify the accuracy of all information provided above.

**Signature**: __/s/Phillip Kim__

| Defendant(s) | Address |
|---|---|
| Missfresh Limited, Zheng Xu, Jun Wang, Yuan Sun, Zhaohui Li | 3rd Floor, Block A, Vanke Times Center No. 9 Wangjing Street, Chaoyang District Beijing 100016, People's Republic of China |
| Colleen A. De Vries and Cogency Global, Inc. | 122 E. 42nd St, Fl 18 New York, New York 10168 |
| J.P. Morgan Securities LLC | 277 Park Avenue New York, NY 10172 |
| Citigroup Global Markets Inc. | 390 Greenwich St. New York, NY 10013 |
| China International Capital Corporation Hong Kong Securities Limited | 1 International Finance Centre 1 Harbour View Street, 29th Fl Central Hong Kong, Special Administrative Region, People's Republic of China |
| China Renaissance Securities (Hong Kong) Limited | Units 8107-08 International Commerce Center No. 1 Austin Road West Kowloon, Hong Kong, Special Administrative Region, People's Republic of China |
| Haitong International Securities Company Limited | 22/F Li Po Chun Chambers 189 Des Voeux Road Central, Hong Kong, Special Administrative Region, People's Republic of China |
| CMB International Capital Limited | Champion Tower 3 Garden Road 45th & 46th Floor Central Hong Kong, Special Administrative Region, People's Republic of China |
| AMTD Global Markets Limited | 25/F Nexxus Building 41 Connaught Road Central, Hong Kong, Special Administrative Region, People's Republic of China |
| ICBC International Securities Limited | 37/F ICBC Tower 3 Garden Road Central, Hong Kong, Special Administrative Region, People's Republic of China |
| Needham & Company, LLC | 250 Park Ave New York, NY 10177 |
| China Merchants Securities (HK) Co., Limited | 48/F, 1 Exchange Square Central Hong Kong, Special Administrative Region, People's Republic of China |
| ABCI Securities Company Limited | 13th Floor, Fairmont House 8 Cotton Tree Drive Central, Hong Kong, Special Administrative Region, People's Republic of China |

| | |
|---|---|
| GF Securities (Hong Kong) Brokerage Limited | 29-30/F, Li Po Chun Chambers<br>189 Des Voeux Road<br>Central, Hong Kong, Special Administrative Region, People's Republic of China |
| Futu Inc. | 720 University Avenue, Suite 100<br>Palo Alto, California 94301 |
| Tiger Brokers (NZ) Limited | Level 27/151 Queen Street,<br>Auckland CBD, Auckland 1010<br>New Zealand |