AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>Missfresh Limited, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  [PLEASE SEE ATTACHED LIST]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillip Kim
275 Madison Ave, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____                                                  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Defendant(s) | Address |
|---|---|
| Missfresh Limited, Zheng Xu, Jun Wang, Yuan Sun, Zhaohui Li | 3rd Floor, Block A, Vanke Times Center No. 9 Wangjing Street, Chaoyang District Beijing 100016, People's Republic of China |
| Colleen A. De Vries and Cogency Global, Inc. | 122 E. 42nd St, Fl 18 New York, New York 10168 |
| J.P. Morgan Securities LLC | 277 Park Avenue New York, NY 10172 |
| Citigroup Global Markets Inc. | 390 Greenwich St. New York, NY 10013 |
| China International Capital Corporation Hong Kong Securities Limited | 1 International Finance Centre 1 Harbour View Street, 29th Fl Central Hong Kong, Special Administrative Region, People's Republic of China |
| China Renaissance Securities (Hong Kong) Limited | Units 8107-08 International Commerce Center No. 1 Austin Road West Kowloon, Hong Kong, Special Administrative Region, People's Republic of China |
| Haitong International Securities Company Limited | 22/F Li Po Chun Chambers 189 Des Voeux Road Central, Hong Kong, Special Administrative Region, People's Republic of China |
| CMB International Capital Limited | Champion Tower 3 Garden Road 45th & 46th Floor Central Hong Kong, Special Administrative Region, People's Republic of China |
| AMTD Global Markets Limited | 25/F Nexxus Building 41 Connaught Road Central, Hong Kong, Special Administrative Region, People's Republic of China |
| ICBC International Securities Limited | 37/F ICBC Tower 3 Garden Road Central, Hong Kong, Special Administrative Region, People's Republic of China |
| Needham & Company, LLC | 250 Park Ave New York, NY 10177 |
| China Merchants Securities (HK) Co., Limited | 48/F, 1 Exchange Square Central Hong Kong, Special Administrative Region, People's Republic of China |
| ABCI Securities Company Limited | 13th Floor, Fairmont House 8 Cotton Tree Drive Central, Hong Kong, Special Administrative Region, People's Republic of China |

| GF Securities (Hong Kong) Brokerage Limited | 29-30/F, Li Po Chun Chambers<br>189 Des Voeux Road<br>Central, Hong Kong, Special Administrative Region, People's Republic of China |
|---|---|
| Futu Inc. | 720 University Avenue, Suite 100<br>Palo Alto, California 94301 |
| Tiger Brokers (NZ) Limited | Level 27/151 Queen Street,<br>Auckland CBD, Auckland 1010<br>New Zealand |